IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| LOWE'S COMPANIES, INC. and <br> LOWE'S HOME CENTERS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> THE VIOLET POT LLC d/b/a <br> TVP POTTERY <br><br> Defendant. | CIVIL ACTION NO.: 5:06-cv-00094 |

## DEFAULT JUDGMENT

Upon the *Motion for Default Judgment* filed by Plaintiffs Lowe's Companies, Inc. and Lowe's Home Centers, Inc., for good cause shown,

IT IS HEREBY ORDERED, pursuant to Rule 55, Fed.R.Civ.P., that Plaintiffs have not infringed any purported rights of Defendant The Violet Pot LLC d/b/a TVP Pottery (hereinafter, "Defendant") or otherwise violated any state, federal or common law rights of Defendant. The Court further finds that Plaintiffs are not liable to Defendant for the claims asserted by Defendant against Plaintiffs. Additionally, the Court orders that Defendant's trademark registrations, United States Registration Nos. 2,894,469, 2,914,929, and 2,765,858, must be cancelled and will transmit such order to the U.S. Patent and Trademark Office.

Signed: January 29, 2007

Graham C. Mullen
United States District Judge