IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| LOWE'S COMPANIES, INC. and<br>LOWE'S HOME CENTERS, INC.<br><br>    Plaintiffs,<br><br>    v.<br><br>THE VIOLET POT LLC d/b/a<br>TVP POTTERY<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 5:06-cv-00094<br>)<br>)<br>)<br>)<br>)<br>) |

## **Order**

Upon joint motion of the parties and for good cause shown,

IT IS HEREBY ORDERED that the motion of Defendant, The Violet Pot LLC d/b/a TVP Pottery ("TVP"), to withdraw TVP's Motion for Relief from Judgment is granted.

Signed: January 28, 2008

Graham C. Mullen
United States District Judge